UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MERRILL PINES CONDOMINIUM
ASSOCIATION, INC.,

           Plaintiff,

vs.                                              Case No. 3:12-cv-348-J-32JRK

SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, et al.,

           Defendants.
_____

UNITED STATES OF AMERICA,

           Plaintiff,

vs.                                                Case No. 3:12-cv-770-J-32JRK

FARIS JIRJIS, et al.,

           Defendants.
_____/

## ORDER

On January 9, 2013, the Honorable Timothy J. Corrigan, United States District Judge, entered an Order (Doc. No. 26; Doc. No. 15) directing the parties to participate in a settlement conference before the undersigned. Based on the parties' representations, it is

**ORDERED:**

1. A settlement conference in this matter is set before the undersigned on **Friday, February 22, 2013, at 10:00 a.m.**, in Courtroom 5D, Fifth Floor, U.S. Courthouse, 300 North Hogan Street, Jacksonville, Florida.[1] Plaintiffs' counsel, Defendants' counsel, Interested

---

[1] The parties are reminded that photo identification is required to enter the United States
(continued...)

Parties (Timothy Czarkowski and Victoria Braddy), and representatives of Plaintiffs and Defendants with full settlement authority shall <u>personally</u> attend.[2]

2.  No later than **Friday, February 8, 2013**, counsel for Plaintiffs, counsel for Defendants, and Interested Parties shall each submit for the Court's consideration a "**confidential**" memorandum setting forth their respective positions on settlement and the ultimate settlement position to which each party would be willing to agree. These memoranda **should not be filed** with the Clerk of the Court, but rather should be faxed or emailed directly to the undersigned.[3] The "confidential" memoranda are for the Court's benefit only and the contents thereof will not be communicated to anyone. At the conclusion of the settlement conference, whether or not settlement is reached, the memoranda will be destroyed by the Court.[4]

**DONE AND ORDERED** at Jacksonville, Florida on January 27, 2013.

JAMES R. KLINDT
United States Magistrate Judge

---

[1](...continued)
Courthouse. Counsel of record may bring cellular telephones and/or laptop computers into the courthouse and the courtroom upon presentation of this Order to courthouse security personnel.

[2] The Court recognizes that Defendants Jirjis and Al-Najjar in Case No. 3:12-cv-770-J-32JRK are represented by counsel associated with a title company. As long as counsel brings a representative of the title company with full settlement authority, the representative of the title company may appear in lieu of Defendants Jirjis and Al-Najjar.

[3] The documents shall be mailed to James R. Klindt, United States Magistrate Judge, 300 North Hogan Street, Suite 5-111, Jacksonville, Florida, 32202 or emailed to the undersigned's chambers email account: chambers_flmd_klindt@flmd.uscourts.gov.

[4] Any questions regarding this procedure may be directed to the undersigned's chambers at 904-360-1520.

mdc
Copies to:
Counsel of Record
Pro Se Parties
Interested Parties