**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MERRILL PINES CONDOMINIUM
ASSOCIATION, INC.,

              Plaintiff,

vs.                                   Case No. 3:12-cv-348-J-99TJC-JRK

SECRETARY OF HOUSING AND URBAN
DEVELOPMENT, et al.,

              Defendants.

_____

UNITED STATES OF AMERICA,

              Plaintiff,

vs.                                   Case No. 3:12-cv-770-J-32JRK

FARIS JIRJIS and ANNIE AL-NAJJAR

              Defendants.

_____

## <u>ORDER</u>

On February 22, 2013, the Magistrate Judge conducted a settlement conference in these two cases at which the parties were able to reach an agreement to resolve both cases. With thanks to Judge Klindt, the Court will now direct the Clerk to terminate the pending motions and these cases will remain administratively closed while the parties finalize their paperwork.  According to the settlement conference minutes, the parties will be voluntarily dismissing these actions within 30 days of the conference.  Thus, no later than **March 22, 2013**, the parties shall file a joint motion or other document to close these files.

**DONE AND ORDERED** at Jacksonville, Florida this 4th day of March, 2013.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable James R. Klindt
United States Magistrate Judge

counsel of record
pro se interested parties